William HENDERSON, Plaintiff/Respondent,

v.

JEFFERSON CAMERA SHOP, INC., Defendant/Appellant.

No. 70699.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 25, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 23, 1997.

Matthew J. Rossiter, Michael P. Gunn, P.C., Ballwin, for defendant/appellant.

Scott O. Marshall, Clayton, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment for plaintiff for $5,497.73. We affirm. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Cary M. KROEPEL, Plaintiff/Appellant,

v.

Patricia HOLCOMB, et al., Defendants/Respondents.

No. 70522.

Missouri Court of Appeals, Eastern District, Division Two.

March 4, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 23, 1997.

Mary J. Lake, Mary J. Lake, L.C., Hillsboro, for plaintiff/appellant.

Mark Brodsky, UAW Legal Services Plan, St. Ann, for defendants/respondents.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Plaintiff, Cary M. Kroepel, appeals from the trial court's denial of his claim of adverse possession. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears and an opinion would have no precedential value. The parties have been furnished with a statement in support of this memorandum.

Judgment affirmed. Rule 84.16(b).